UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        No. 03-CR-80810

vs.        Hon. Gerald E. Rosen

AHMAD MUSA JEBRIL,

        Defendant.
_____/

ORDER DENYING DEFENDANT'S
MOTION FOR SUPPRESSION OF STATEMENT AND
REDACTION OF FINGERPRINT CARD

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on **NOV 17 2004**

PRESENT: Honorable Gerald E. Rosen
United States District Judge

The Court having reviewed and considered Defendant's Motion for Suppression of Statement and Redaction of Fingerprint Card and the Government's Response thereto; and having heard the testimony of witnesses and the oral arguments of counsel, and being otherwise fully advised in the premises,

NOW, THEREFORE, for the reasons stated by the Court on the record on November 15, 2004,

IT IS HEREBY ORDERED that Defendant's Motion for Suppression of his Statement and for Redaction of his Fingerprint Card be, and hereby is, DENIED.

                                              Gerald E. Rosen
                                              United States District Judge