UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,   Criminal No. 03-80810

       Plaintiff,   Honorable Gerald E. Rosen

vs.

AHMAD MUSA JEBRIL and
MUSA ABDULLAH JEBRIL,

       Defendants.
_____/

**AFFIDAVIT OF PUBLICATION**

# Affidavit of Publication

IN THE MATTER OF
United States v Jebril

**NOTICE OF PRELIMINARY
ORDER OF FORFEITURE**
This is an advertisement required by Title 21 U. S. C. 853(n).
UNITED STATES v. AHMAD MUSA JEBRIL and MUSA ABDULLAH JEBRIL,
Criminal No. 03-80810
In the District Court of the United States for the Eastern District of Michigan, Southern Division, notice is hereby given that on January 12, 2005, a Preliminary Order of Forfeiture was entered by the United States District Court forfeiting to the following property to the United States of America and its assignees:
a) $200,000 in United States currency and all traceable interest and proceeds;
b) A single family dwelling located at 6250 Faust, Detroit, Wayne County, MI;
c) A single family dwelling located at 6530 Artesian, Detroit, Wayne County, MI;
d) A single family dwelling located at 6809 Plainview, Detroit, Wayne County, MI;
e) A single family dwelling located at 4702 Palmer, Dearborn, Wayne County, MI;
f) A single family dwelling located at 4637 Palmer, Dearborn, Wayne County, MI;
g) A single family dwelling located at 4957 Rosalie, Dearborn, Wayne County, MI;
h) A single family dwelling located at 4909 Rosalie, Dearborn, Wayne County, MI;
i) A four-unit dwelling located at 12000 Sanford, Detroit, Wayne County, MI; and
j) A single family dwelling located at 5745 Greenview, Detroit, Wayne County, MI.
Any person who wishes to assert a legal interest in the above-listed property may, within 30 days of the final publication of this notice, or of the receipt of this notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of said interest. The petition shall be signed by the petitioner under the penalty of perjury and shall set forth: (1) the nature and extent of the petitioner's right, title, or interest to the above-listed property; (2) the time and circumstances of the petitioners acquisition of the right, title, and interest; and (3) any additional facts supporting the petitioner's claim, and the relief sought. The address of the Court is:

United States District Court
Clerk of the Court
Eastern District of Michigan
231 W. Lafayette, 5th floor
Detroit, Michigan 48226

A copy of the petition must be served on the United States Attorney at the following address:

United States Attorney
ATTN: Julie A. Beck
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226-3211

If no petitions are received within the time provided by this notice, the above-listed property will be disposed of by the United States in accordance with the applicable statutes.
(3-4)(3-18)

STATE OF MICHIGAN
COUNTY OF WAYNE}

Ann Azou being duly sworn, deposes and says that a notice, a true copy of which is annexed hereto, was published in: Detroit Legal News, a newspaper printed and circulated in said State and County, on: March 4. March 11. March 18 A.D., 2005, and that she is the principal clerk of the printers of said newspaper and knows the facts stated herein.

_____
Ann Azou

Subscribed and sworn before me this 18th day of March, A.D., 2005

_____
Christina Jacobs Notary Public Oakland County, Michigan
My Commission expires February 24, 2007
Acting in Wayne County Michigan