ORIGINAL TRANSCRIPT
OR DEPOSITION
PLACED ON SHELF
# OF PAGES 49

HEARING

...TES DISTRICT COURT
...... DISTRICT OF MICHIGAN
SOUTHERN DI... ION

FILED
JUN 2 7 2005
CLERK'S OFFICE
DETROIT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Government. | |
| v. | Case No. 03-80810 |
| AHMAD JEBRIL, MUSA JEBRIL, | |
| Defendants. | |

**EXCERPT OF JURY TRIAL PROCEEDINGS**

BEFORE THE HONORABLE **GERALD E. ROSEN**
United States District Judge
860 US Courthouse & Federal Building
231 Lafayette Boulevard West
Detroit, Michigan
**Friday, November 12, 2004**

APPEARANCES:

**CYNTHIA OBERG**
**JULIE BECK**
Assistant United States Attorneys
211 West Fort Street
Detroit, MI 48226
On behalf of the Government.

To obtain a certified transcript:

Carol S. Sapala, RMR, FCRR (313)961-7552

USA v. Jebril 03-80810